# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF SOUTH CAROLINA
# CHARLESTON DIVISION

| | |
|---|---|
| Linda Kenzik, individually and on behalf of Others similarly situated, | ) ) ) Case no.  2:15-CV-00201 |
| Plaintiff, | ) ) ) |
| vs. | ) **PLAINTIFF'S NOTICE OF** |
| Kiley & Kiley, L.L.C., a Michigan Limited Liability Company and John Does 1-10, | ) **VOLUNTARY DISMISSAL** ) ) ) |
| Defendants. | ) |

## PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL

Pursuant to Fed. R. Civ. Proc. 41(a)(1)(A)(i), Plaintiff, Linda Kenzik, through her undersigned attorneys, hereby voluntarily dismisses this case without prejudice and without costs.

Respectfully submitted,

 s/ John G. Felder, Jr.
John G. Felder, Jr. (Fed. ID # 6441)
McGowan, Hood & Felder, LLC
1517 Hampton Street
Columbia, SC 29201
Telephone: (803)779-0100
Facsimile: (803) 256-0702
jfelder@mcgowanhood.com
Attorney for Plaintiff

2

## CERTIFICATE OF SERVICE

I hereby certify that on June 3, 2015, I electronically filed the foregoing paper with the Clerk of the Court using the ECF System which will send notification of such filing to all counsel or record.

s/ John G. Felder, Jr.

2